DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FRANCISCO DIAZ-LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S. 10-0464 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| v. | ) |
| | ) Date: DECEMBER 21, 2010 |
| FRANCISCO DIAZ-LOPEZ | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for FRANCISCO DIAZ-LOPEZ, that the Court should vacate the status conference scheduled for December 14, 2010, at 9:15 a.m., and reset it for December 21, 2010, at 9:15 a.m.

Counsel for the defendant requires further time to review discovery, discuss the contents of the discovery with her client, and has not yet received a probation report.

The parties further stipulate that the Court should exclude the period from the date of this order through December 21, 2010, when it computes the time within which the trial of the above criminal

STIPULATION AND ORDER                     1

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting the
3  defendant's request for a continuance outweigh the best interest of the
4  public and the defendant in a speedy trial, and that this is an
5  appropriate exclusion of time for defense preparation within the
6  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

7  Dated: December 9, 2010                Respectfully submitted,

8                                         DANIEL BRODERICK
                                          Federal Defender

9                                         /s/ C. Fein
10                                        _____
                                          COURTNEY FEIN
11                                        Assistant Federal Defender

12 Dated: December 9, 2010                BENJAMIN B. WAGNER
                                          United States Attorney
13
                                          /s/ C.Fein for
14                                        _____
                                          MICHELE BECKWITH
15                                        Assistant U.S. Attorney

16

17                              **ORDER**

18    **IT IS SO ORDERED.**  The status conference is continued to December
19 21, 2010 at 9:00 a.m.  The court finds that a continuance is necessary
20 for the reasons stated above, and further finds that the ends of
21 justice served by granting a continuance outweigh the best interests of
22 the public and the defendant in a speedy trial.  Time is therefore
23 excluded from the date of this order through December 21, 2010 pursuant
24 to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

25

26 DATED: December 13, 2010
27                                        _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT
28 STIPULATION AND ORDER